No. 24-13917

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## INTER-COASTAL WATERWAYS LLC

Plaintiff-Appellant

v.

## TRADESTATION SECURITIES, INC. and
## DOE DEFENDANTS 1-10

Defendants-Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

## STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO
## FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

Mark R. Basile, Esq.
The Basile Law Firm, P.C.
390 N. Broadway, Suite 140
Jericho, NY 11753
Tel: 516-455-1500
Email: mark@thebasilelawfirm.com

Attorney for Plaintiff-Appellant
Inter-Coastal Waterways LLC

Leonel Peraza, Esq.
Bressler, Amery & Ross, P.C.
515 E. Las Olas Blvd., Suite 800
Fort Lauderdale, FL 33301
Tel: 305-501-5498
Email: LPeraza@bressler.com

Alex J. Sabo II, Esq.
Bressler, Amery & Ross, P.C.
515 E. Las Olas Blvd., Suite 800
Fort Lauderdale, FL 33301
Tel:     305-501-5485
Email: ASabo@bressler.com

Attorneys for Defendant-Appellee
TradeStation Securities, Inc.

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO 11TH CIR. R. 26.1-1(a)

The undersigned counsel of record certifies that as far as counsel is aware, the following list contains all persons that have an interest in the outcome of this case:

- Basile, Mark R., Attorney for Plaintiff-Appellant Inter-Coastal Waterways, LLC

- Bressler, Amery & Ross, P.C., Attorneys for Defendant-Appellee TradeStation Securities, Inc.

- Cruz, Agapija, Attorney for Plaintiff-Appellant Inter-Coastal Waterways, LLC.

- Doe Defendants 1-10

- Massey-Gjekaj, Anna, member of Plaintiff-Appellant Inter-Coastal Waterways, LLC

- Meta Materials, Inc. (MMAT)

- Next Bridge Hydrocarbons, Inc.

- Peraza, Jr., Leonel, Attorney for Defendant-Appellee TradeStation Securities, Inc.

- Plaintiff-Appellant Inter-Coastal Waterways, LLC

- Rose, Joseph F., Attorney for Plaintiff Inter-Coastal Waterways, LLC

- Sabo, Alex J., Attorney for Defendant-Appellee TradeStation Securities, Inc.

- Singhal, The Honorable Raag, United States District Court Judge

- The Basile Law Firm, P.C., Attorneys for Plaintiff-Appellant Inter-Coastal Waterways, LLC

- The Financial Industry Regulatory Authority

- TradeStation Group, Inc., parent corporation to Defendant-Appellee TradeStation Securities, Inc.

- Defendant-Appellee TradeStation Securities, Inc.

## STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

The undersigned counsel for the parties stipulate that the above-captioned case is voluntarily dismissed with prejudice pursuant to pursuant to Fed. R. App. P. 42(b) and Local Rule 42-1(a). The parties agree that they shall each bear their own costs and attorneys' fees incurred in connection with the appeal.

Respectfully submitted this 2nd day of January, 2025.

*s/ Mark R. Basile*
Mark R. Basile, Esq.
The Basile Law Firm, P.C.
390 N. Broadway, Suite 140
Jericho, NY 11753
Tel: 516-455-1500
Email: mark@thebasilelawfirm.com

Attorney for Plaintiff-Appellant Inter-Coastal Waterways LLC

*s/ Leonel Peraza Jr.*
Leonel Peraza, Esq.
Bressler, Amery & Ross, P.C.
515 E. Las Olas Blvd., Suite 800
Fort Lauderdale, FL 33301
Tel: 305-501-5498
Email: LPeraza@bressler.com

Attorney for Defendant-Appellee TradeStation Securities, Inc.

*s/ Alex J. Sabo*
Alex J. Sabo II, Esq.
Bressler, Amery & Ross, P.C.
515 E. Las Olas Blvd., Suite 800
Fort Lauderdale, FL 33301
Tel: 305-501-5498
Email: ASabo@bressler.com

Attorney for Defendant-Appellee TradeStation Securities, Inc.

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2025, I electronically filed this Stipulation to Appellant's Voluntary Dismissal of Appeal with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF System. Counsel for all parties are registered CM/ECF users and will be served with the foregoing document by the Court's CM/ECF System.

> **THE BASILE LAW FIRM P.C.**
> */s/ Mark R. Basile*
> Mark R. Basile, Esq.
> 390 N. Broadway, Ste. 140
> Jericho, New York 11753
> Tel.: (516) 455-1500
> Fax: (631) 498-0478
> Email: mark@thebasilelawfirm.com
> *Counsel for Appellant Inter-Coastal Waterways LLC*

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Pursuant to Fed. R. App. P. 32(g)(1), the undersigned certifies that this document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 59 words.

By: */s/ Mark R. Basile, Esq.*
      Mark R. Basile, Esq.